UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPYROS PANOS,

                Plaintiff,

v.

UNIVERSAL FOREST PRODUCTS, INC., and
SHAWNLEE CONTRUCTION, LLC,

                Defendants.

Case No. 18-CV-2066 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record in open court on March 19, 2019, the Court grants Defendants' Motion To Dismiss without prejudice.

Plaintiff may file an amended complaint by April 19, 2019. The Parties may order a transcript of the proceeding.

The Clerk of Court is directed to terminate the pending Motions. (Dkt. No. 28, 31.)

SO ORDERED.

DATED:    March 20, 2019
                White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE