```
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT
------------------------------------X    Case No. 7:18-cv-2066
SPYROS PANOS,


             Plaintiff,                  ORDER

    -against-

UNIVERSAL FOREST PRODUCTS, INC. and
SHAWNLEE CONSTRUCTION, LLC,

             Defendants.
------------------------------------X
```

KENNETH L. KARAS, District Judge:

The Court acknowledges the filing of a Stipulation To Dismiss the plaintiff's post-March 6, 2012 Claims with prejudice dated April 10, 2020 and the Court's January 27, 2020 Opinion & Order (Doc.No. 60) dismissing the plaintiff's pre-March 7, 2012 claims with prejudice. Accordingly, IT IS HEREBY ORDERED that this case is dismissed with prejudice but without costs.

SO ORDERED.
Dated: April __, 2020
New York, New York


_____
Kenneth L. Karas
U.S. District Judge