```
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT
------------------------------------X      Case No. 7:18-cv-2066
SPYROS PANOS,


                Plaintiff,                 ORDER

        -against-

UNIVERSAL FOREST PRODUCTS, INC. and
SHAWNLEE CONSTRUCTION, LLC,

                Defendants.
------------------------------------X
```

KENNETH L. KARAS, District Judge:

The Court acknowledges the filing of a Stipulation To Dismiss the plaintiff's post-March 6, 2012 Claims with prejudice dated April 10, 2020 and the Court's January 27, 2020 Opinion & Order (Doc.No. 60) dismissing the plaintiff's pre-March 7, 2012 claims with prejudice.  Accordingly, IT IS HEREBY ORDERED that this case is dismissed with prejudice but without costs.

SO ORDERED.

Dated: April 16, 2020
New York, New York

_____
Kenneth L. Karas
U.S. District Judge

SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT
------------------------------------X     Case No. 7:18-cv-2066
SPYROS PANOS,

                    Plaintiff,

     -against-

UNIVERSAL FOREST PRODUCTS, INC. and
SHAWNLEE CONSTRUCTION, LLC,

                    Defendants.
------------------------------------X

STIPULATION OF DISMISSAL WITH PREJUDICE OF THE POST-MARCH 6, 2012 CLAIMS

   Whereas plaintiff hereby reduces his claim for damages resulting from investments in Wappinger Gardens LLC made after March 6, 2012 ("the post-March 6, 2012 Claims") to below $75,000, and

   Whereas the plaintiff acknowledges that the re-filing of the post-March 6, 2012 Claims after dismissal of such claims would be barred by the applicable statute of limitations,

   pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(ii), plaintiff and defendants hereby stipulate to the voluntary dismissal of the post-March 7, 2012 Claims with prejudice. Each party will bear its own costs and fees.

Dated: New York, New York
April __, 2020

By:_____
Gabriel Fischbarg, Esq.

1

230 Park Avenue, Suite 904
New York, New York 10169
Tel: 917-514-6261
Attorney for plaintiff

Varnum

By:_____
_____, Esq.
Bridgewater Place
Grand Rapids, Michigan 49501
Tel: 616-336-6000
Attorneys for defendants

2